UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GURMAN SINGH,

       Petitioner,

v.

Case No. 25-13310
Hon. Jonathan J.C. Grey

KEVIN RAYCRAFT, DIRECTOR OF
DETROIT FIELD OFFICE, U.S.
IMMIGRATION AND CUSTOMS,

       Respondent.
_____

## ORDER TO FILE A RESPONSE

On October 20, 2025, Gurman Singh filed a pro se petition for habeas corpus against respondent, alleging unlawful detention. (ECF No. 1.) Singh has since paid the requisite filing fee.

Accordingly, the Court **ORDERS** respondent to respond to Singh's petition on or before **TUESDAY, JANUARY 6, 2026**. Failure to file a response may result in the Court granting all or part of the relief requested by Singh.

    **IT IS SO ORDERED.**

Dated:  December 19, 2025        **s/Jonathan J.C. Grey**
                                            Jonathan J.C. Grey
                                            United States Magistrate Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 19, 2025.

s/ **S. Osorio**
Sandra Osorio
Case Manager
