United States District Court
Eastern District of Michigan

Gurman Singh,

    Plaintiff,

v.

Kevin Raycraft, in his official capacity as Immigration and Customs Enforcement (ICE), Acting Director of the Detroit Field Office,

    Defendant.

Civil No. 25-13310

Honorable Jonathan J.C. Grey

Magistrate Judge Kimberly G. Altman

## Stipulated Order of Voluntary Dismissal

By stipulation of the parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is voluntarily dismissed without prejudice. Each party shall bear their own fees and costs.

**IT IS SO ORDERED**.

                                                **s/Jonathan J.C. Grey**
                                                Jonathan J.C. Grey
                                                United States District Judge

Dated: December 29, 2025

Stipulated and Agreed to By:

        Jerome F. Gorgon Jr.
        United States Attorney

*/s/ Gurman Singh (w/ consent)*      */s/ Zak Toomey*
Gurman Singh      Zak Toomey (MO61618)
Calhoun County Jail      Assistant United States Attorney
185 E. Michigan Ave      211 W. Fort Street, Suite 2001
Battle Creek, Michigan 49014      Detroit, Michigan 48226
    (313) 226-9617
*Proceeding pro se*      zak.toomey@usdoj.gov

Dated: December 29, 2025

*Attorneys for Defendants*

Dated: December 29, 2023

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 29, 2025.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager